**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RICHARD S. PALMER, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-0297 |
| | § | |
| CHICAGO TITLE INSURANCE COMPANY, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

In accordance with this court's prior rulings, including the Order of June 29, 2012 and the Memorandum and Opinion of today's date, the claims against PNC Bank and Chicago Title Insurance Co. are dismissed with prejudice. The claims against William and Mayola Swain are dismissed without prejudice for failure to prosecute in this court.

SIGNED on June 17, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge